JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT J. MACIAS and KAREN MACIAS,**<br><br>Plaintiffs,<br><br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>**Defendant.** | CASE NO : 2:17-cv-02314-MRW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Michael R. Wilner |

-2-

## ORDER

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: __February 1__, 2023

_____
HONORABLE MICHAEL R. WILNER